UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Brittany Miller v. Bayer Corporation, et al.* | No. 14-cv-20002-DRH |
| *Tawnya Portwood, et al. v. Bayer Corporation, et al.* | No. 12-cv-11405-DRH |
| *Robin Zimmerman-Boone, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-11469-DRH |

<u>**JUDGMENT IN A CIVIL CASE**</u>

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal and/or Orders entered to date, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

            JUSTINE FLANAGAN,
            ACTING CLERK OF COURT

            BY:  */s/Caitlin Fischer*
                **Deputy Clerk**

Digitally signed by Judge David R. Herndon
Date: 2016.02.01 09:48:49 -06'00'

APPROVED:
    DISTRICT JUDGE
    U. S. DISTRICT COURT